No. 88–6966. RITA *v.* UNITED STATES. C. A. 2d Cir. Motion of petitioner for leave to proceed *in forma pauperis* denied. Petitioner is allowed until June 5, 1989, within which to pay the docketing fee required by Rule 45(a) and to submit a petition in compliance with Rule 33 of the Rules of this Court.

JUSTICE BRENNAN, JUSTICE MARSHALL, JUSTICE BLACKMUN, and JUSTICE STEVENS, dissenting.

For the reasons expressed in *Brown* v. *Herald Co.*, 464 U. S. 928 (1983), we would deny the petition for writ of certiorari without reaching the merits of the motion to proceed *in forma pauperis*.

No. 88–1599. IN RE VONDERSAAR;
No. 88–6826. IN RE PHILLIPS; and
No. 88–6971. IN RE WILLIAMS. Petitions for writs of mandamus denied.

No. 88–1609. IN RE HAYNES. Petition for writ of mandamus and/or prohibition denied.

No. 88–1434. DOLE, SECRETARY OF LABOR, ET AL. *v.* UNITED STEELWORKERS OF AMERICA ET AL. C. A. 3d Cir. Certiorari granted.

No. 88–1512. FERENS ET UX. *v.* JOHN DEERE CO. C. A. 3d Cir. Certiorari granted.

No. 88–1377. SULLIVAN, SECRETARY OF HEALTH AND HUMAN SERVICES *v.* ZEBLEY ET AL. C. A. 3d Cir. Motion of respondents for leave to proceed *in forma pauperis* granted. Certiorari granted.

No. 87–1594. CROMAN *v.* MANHATTAN COMMUNITY COLLEGE. C. A. 2d Cir. Certiorari denied.

No. 87–1830. BLALOCK *v.* METALS TRADES, INC. C. A. 6th Cir. Certiorari denied.